IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:13-CR-100-D-1

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>James Maurice Williams,<br>Defendant. | )<br>)<br>)<br>)   REASSIGNMENT ORDER<br>)<br>)<br>)<br>) |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Louise W. Flanagan, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **7:13-CR-100-FL-1.**

SO ORDERED. This the 26th day of January 2015.

_Julie Richards Johnston_
Julie Richards Johnston
Clerk of Court