UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                 Crim. No. 7:13-CR-100-FL  
                                                                   7:13-CR-109-FL  
                                                                   7:13-CR-113-FL

JAMES MAURICE WILLIAMS  
JAMIE MAURICE WILLIAMS

      On October 26, 2012, the above named was placed on supervised release in the cases listed above. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                      Respectfully submitted,

                                                      /s/Jeffrey L. Keller  
                                                      Jeffrey L. Keller  
                                                      Supervising U.S. Probation Officer

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   29th   day of   January  , 2015.

                                                      Louise W. Flanagan  
                                                      U.S. District Judge